**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**IN RE: TIFFANY DARLENE COLVARD**              **CASE NO.**

       **DEBTOR**                                          **CHAPTER 7**

**DEBTOR'S CERTIFICATION
REGARDING NECESSITY OF FILING PAYMENT ADVICES**

    My name is TIFFANY DARLENE COLVARD. I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 3, 2025.

                                        /s/Tiffany Darlene Colvard_____
                                        TIFFANY DARLENE COLVARD, Debtor