| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Tiffany Darlene Colvard<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3871<br>EIN: __–_____ | |
| **Debtor 2:** (Spouse, if filing)<br>First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: Southern District of Texas | Date case filed for chapter: 7   12/3/25 | |
| Case number: 25-37358 | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tiffany Darlene Colvard | |
| 2. | **All other names used in the last 8 years** | aka Tiffany D. Colvard, aka Tiffany Colvard | |
| 3. | **Address** | 16822 Goodfield Ct<br>Spring, TX 77379 | |
| 4. | **Debtor's attorney**<br>Name and address | Azwar-Radi Rashid<br>Rashid Law Firm, P.C.<br>10222 Gulf Freeway<br>Suite B-100<br>Houston, TX 77034 | Contact phone 832-209-8833<br>Email: cmecfrashid@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Janet S Casciato-Northrup<br>Janet S. Casciato-Northrup, Trustee<br>1201 Louisiana, Ste. 2800<br>Houston, TX 77002 | Contact phone 713-590-4200<br>Email: jln@hwa.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**                page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 12/4/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 19, 2025 at 04:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 543 561 2287, passcode 1314938461, OR call 1 346 489 6630**<br><br>For additional meeting information go to *www.justice.gov/ust/moc.* |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/17/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 25-37358-evr
Tiffany Darlene Colvard  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4  User: ADIuser  Page 1 of 3
Date Rcvd: Dec 04, 2025  Form ID: 309A  Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany Darlene Colvard, 16822 Goodfield Ct, Spring, TX 77379-9421 |
| 13141447 | + | CHI St. Joseph Health, PO Box 202536, Dallas, TX 75320-2536 |
| 13141448 | + | Colorado Mountain Medical, A partner of Vail Health, 50 Buck Creek Road Suite 200, Avon, CO 81620-5428 |
| 13141452 | + | Digestive & Liver Disease Consultants, PO Box 301522, Dallas, TX 75303-1522 |
| 13141458 | + | Juan Carlos Goenaga, Attorney, PO Box 460568, Houston, TX 77056-8568 |
| 13141461 | + | MEMORIAL HERMANN EMERGENCY PHYS, PO BOX 735208, DALLAS, TX 75373-5208 |
| 13141462 | + | Memorial Hermann Health System, Dept. #43701, PO Box 4370, Houston, TX 77210-4370 |
| 13141463 | + | Memorial Hermann The Woodlands Medical Center, 9250 Pinecroft Dr, Spring, TX 77380-3225 |
| 13141464 | + | Memorial Hermann Woodlands Med Center, 9250 Pinecroft Dr, Spring, TX 77380-3218 |
| 13141465 | + | Memorial Pathology Consultants, PO Box 421049, Houston, TX 77242-1049 |
| 13141466 | + | Memorial Pathology Consultants, PO Box 671130, Dallas, TX 75267-1130 |
| 13141472 | + | Radiology Partners Houston, a division of Singleton Associates, PO Box 208108, Dallas, TX 75320-8108 |
| 13141476 | + | St. Joseph Regional Health Center, PO Box 202536, Dallas, TX 75320-2536 |
| 13141487 | + | Thomas FP, PLLC, 9525 Katy Fwy Ste 102, Houston, TX 77024-1436 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cmecfrashid@gmail.com | Dec 04 2025 20:01:00 | Azwar-Radi Rashid, Rashid Law Firm, P.C., 10222 Gulf Freeway, Suite B-100, Houston, TX 77034 |
| tr | + | EDI: FJSNORTHRUP.COM | Dec 05 2025 00:49:00 | Janet S Casciato-Northrup, Janet S. Casciato-Northrup, Trustee, 1201 Louisiana, Ste. 2800, Houston, TX 77002-5607 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Dec 04 2025 20:02:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 13141444 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 04 2025 20:04:46 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 13141445 | + | EDI: CAPITALONE.COM | Dec 05 2025 00:49:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 13141449 | + | EDI: WFNNB.COM | Dec 05 2025 00:49:00 | COMENITY BANK/PIER 1, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 13141450 | + | EDI: WFNNB.COM | Dec 05 2025 00:49:00 | COMENITYCAPITAL/OVER, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 13141446 | | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 04 2025 20:02:00 | Chex Systems, Inc., Attn: Consumer Relations, 7805 Hudson Rd Suite 100, Woodbury, MN 55125-1595 |
| 13141451 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: 309A | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 04 2025 20:02:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 13141453 | + | EDI: DISCOVER | Dec 05 2025 00:49:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 13141454 | + | EDI: DISCOVERPL | Dec 05 2025 00:49:00 | DISCOVER PERSONAL LO, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 13141455 | + | EDI: JEFFERSONCAP.COM | Dec 05 2025 00:49:00 | JEFFCAPSYS, 200 14TH AVENUE EAST, SARTELL, MN 56377-4500 |
| 13141456 | + | EDI: JEFFERSONCAP.COM | Dec 05 2025 00:49:00 | JEFFERSON CAPITAL LL, 200 14TH AVENUE EAST, SARTELL, MN 56377-4500 |
| 13141457 | + | EDI: JEFFERSONCAP.COM | Dec 05 2025 00:49:00 | JEFFERSON CAPITAL SYST, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 13141459 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2025 20:04:46 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 13141467 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2025 20:02:00 | MIDLAND CREDIT MANAGEM, 320 E BIG BEAVER RD STE, TROY, MI 48083-1271 |
| 13141468 | + | Email/Text: compliance@onemnethealth.com | Dec 04 2025 20:01:00 | MNET Financial, 95 Argonaut Suite 200, Aliso Viejo, CA 92656-4147 |
| 13141460 | ^ | MEBN | Dec 04 2025 19:57:17 | Memorial Hermann, 909 Frostwood Dr Ste 3:100, Houston, TX 77024-2307 |
| 13141470 | + | EDI: PRA.COM | Dec 05 2025 00:49:00 | PORTFOLIO RECOV ASSOC, 120 CORPORATE DRIVE, NORFOLK, VA 23502-4952 |
| 13141471 | | Email/Text: ProsperBK@prosper.com | Dec 04 2025 20:02:00 | PROSPER MARKETPLACE IN, 221 MAIN ST STE 300, SAN FRANCISCO, CA 94105 |
| 13141473 | | Email/Text: lawfirmTX@RAUSCHSTURM.com | Dec 04 2025 20:01:00 | Rausch Sturm LLP, Attorneys at Law, 15660 N. Dallas Pkwy, Ste. 350, Dallas, TX 75248 |
| 13141474 | + | EDI: SALLIEMAEBANK.COM | Dec 05 2025 00:49:00 | SALLIE MAE BANK INC, PO BOX 3229, WILMINGTON, DE 19804-0229 |
| 13141477 | | EDI: SYNC | Dec 05 2025 00:49:00 | SYNCB/CAR CARE ONE, PO BOX 71757, PHILADELPHIA, PA 191761757 |
| 13141478 | + | EDI: SYNC | Dec 05 2025 00:49:00 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 13141479 | | EDI: SYNC | Dec 05 2025 00:49:00 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 191761757 |
| 13141480 | + | EDI: SYNC | Dec 05 2025 00:49:00 | SYNCB/GUITAR CENTER, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 13141481 | | EDI: SYNC | Dec 05 2025 00:49:00 | SYNCB/WALMART, PO BOX 71746, PHILADELPHIA, PA 191761746 |
| 13141482 | + | EDI: SYNC | Dec 05 2025 00:49:00 | SYNCB/WALMART DC, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 13141475 | + | Email/Text: courts@scott-pc.com | Dec 04 2025 20:03:00 | Scott & Associates, PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 13141483 | ^ | MEBN | Dec 04 2025 19:56:21 | Synergy Radiology Associates, a division of Singleton Associates, PA, PO Box 208108, Dallas, TX 75320-8108 |
| 13141484 | + | Email/Text: amccoy@synerpriseconsulting.com | Dec 04 2025 20:02:00 | Synerprise Consulting Service, Inc., PO Box 957, Misson, KS 66201-0957 |
| 13141485 | + | EDI: WTRRNBANK.COM | Dec 05 2025 00:49:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 13141486 | | Email/Text: epr@telecheck.com | Dec 04 2025 20:03:00 | TeleCheck Services, Inc., Attn: Bankruptcy |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: 309A | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | Department, PO Box 6806, Hagerstown, MD 21741-6806 |
| 13141488 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 04 2025 20:02:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 13141489 | + | EDI: WFFC2 | Dec 05 2025 00:49:00 | WELLS FARGO CARD SER, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |
| 13141490 | + | Email/Text: bkfilings@zwickerpc.com | Dec 04 2025 20:03:00 | Zwicker & Associates, P.C., Attorneys at Law, 14090 SW Freeway Ste. 408, Sugar Land, TX 77478-3682 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13141469 | ##+ | Phoenix Financial Services, LLC, Attn: Bankruptcy Dept., PO Box 361450, Indianapolis, IN 46236-1450 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025                 Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Azwar-Radi Rashid | on behalf of Debtor Tiffany Darlene Colvard cmecfrashid@gmail.com RashidLawFirmPC@jubileebk.net;igotnoticesrashid@gmail.com;stephanie@rashidlawfirm.com |
| Janet S Casciato-Northrup | jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3