Certificate Number: 13858-TXS-DE-040448646

Bankruptcy Case Number: 25-37358


13858-TXS-DE-040448646

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2025, at 5:48 o'clock AM CST, Tiffany Darlene Colvard completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: December 28, 2025

By: /s/Seleste Muniz

Name: Seleste Muniz

Title: Counselor