**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 21, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| In Re: Tiffany Darlene Colvard | § | Case No.: 25−37358 |
| | § | |
| Debtor | § | Chapter: 7 |

## Notice of Proposed Abandonment

The chapter 7 trustee in this case has submitted a Report of No Distribution, and proposes to abandon all property of the estate scheduled by the Debtor(s) pursuant to FED. R. BANKR. P. 6007(a) that has not been previously abandoned. Any party in interest may file and serve an objection within 14 days of the sending of this Notice. If no timely objection is filed, all scheduled assets not previously abandoned will be abandoned without the necessity of further Court order. If a timely objection is filed, the proposed abandonment will not occur until the Court rules on the proposed abandonment. If the chapter 7 trustee's Report of No Distribution is withdrawn within 14 days of the date of this notice, the proposed abandonment is likewise withdrawn.

Date: 1/21/26

/s/ Nathan Ochsner

United States Bankruptcy Court

Southern District of Texas

In re:  Case No. 25-37358-evr

Tiffany Darlene Colvard  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4  User: admin  Page 1 of 3
Date Rcvd: Jan 21, 2026  Form ID: ch7narpt  Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany Darlene Colvard, 16822 Goodfield Ct, Spring, TX 77379-9421 |
| 13141447 | + | CHI St. Joseph Health, PO Box 202536, Dallas, TX 75320-2536 |
| 13141448 | + | Colorado Mountain Medical, A partner of Vail Health, 50 Buck Creek Road Suite 200, Avon, CO 81620-5428 |
| 13141452 | + | Digestive & Liver Disease Consultants, PO Box 301522, Dallas, TX 75303-1522 |
| 13141458 | + | Juan Carlos Goenaga, Attorney, PO Box 460568, Houston, TX 77056-8568 |
| 13141461 | + | MEMORIAL HERMANN EMERGENCY PHYS, PO BOX 735208, DALLAS, TX 75373-5208 |
| 13141462 | + | Memorial Hermann Health System, Dept. #43701, PO Box 4370, Houston, TX 77210-4370 |
| 13141463 | + | Memorial Hermann The Woodlands Medical Center, 9250 Pinecroft Dr, Spring, TX 77380-3225 |
| 13141464 | + | Memorial Hermann Woodlands Med Center, 9250 Pinecroft Dr, Spring, TX 77380-3218 |
| 13141465 | + | Memorial Pathology Consultants, PO Box 421049, Houston, TX 77242-1049 |
| 13141466 | + | Memorial Pathology Consultants, PO Box 671130, Dallas, TX 75267-1130 |
| 13141472 | + | Radiology Partners Houston, a division of Singleton Associates, PO Box 208108, Dallas, TX 75320-8108 |
| 13141476 | + | St. Joseph Regional Health Center, PO Box 202536, Dallas, TX 75320-2536 |
| 13141487 | + | Thomas FP, PLLC, 9525 Katy Fwy Ste 102, Houston, TX 77024-1436 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 13141444 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 21 2026 20:38:24 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 13141445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 20:37:15 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 13141449 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2026 20:28:00 | COMENITY BANK/PIER 1, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 13141450 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2026 20:28:00 | COMENITYCAPITAL/OVER, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 13141446 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 21 2026 20:29:00 | Chex Systems, Inc., Attn: Consumer Relations, 7805 Hudson Rd Suite 100, Woodbury, MN 55125-1595 |
| 13141451 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 21 2026 20:29:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 13141453 | + | Email/Text: mrdiscen@discover.com | Jan 21 2026 20:27:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 13141454 | + | Email/Text: dplbk@discover.com | Jan 21 2026 20:29:00 | DISCOVER PERSONAL LO, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 13141455 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 20:29:00 | JEFFCAPSYS, 200 14TH AVENUE EAST, SARTELL, MN 56377-4500 |

Case 25-37358   Document 14   Filed in TXSB on 01/23/26   Page 3 of 4

| | | |
|---|---|---|
| District/off: 0541-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: ch7narpt | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 13141456 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 20:29:00 | JEFFERSON CAPITAL LL, 200 14TH AVENUE EAST, SARTELL, MN 56377-4500 |
| 13141457 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 20:29:00 | JEFFERSON CAPITAL SYST, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 13141459 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 20:37:38 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 13141467 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2026 20:28:00 | MIDLAND CREDIT MANAGEM, 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 13141468 | + | Email/Text: compliance@onemnethealth.com | Jan 21 2026 20:28:00 | MNET Financial, 95 Argonaut Suite 200, Aliso Viejo, CA 92656-4147 |
| 13141460 | ^ | MEBN | Jan 21 2026 20:26:57 | Memorial Hermann, 909 Frostwood Dr Ste 3:100, Houston, TX 77024-2307 |
| 13141470 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 20:37:26 | PORTFOLIO RECOV ASSOC, 120 CORPORATE DRIVE, NORFOLK, VA 23502-4952 |
| 13141471 | | Email/Text: ProsperBK@prosper.com | Jan 21 2026 20:28:00 | PROSPER MARKETPLACE IN, 221 MAIN ST STE 300, SAN FRANCISCO, CA 94105 |
| 13141473 | | Email/Text: lawfirmTX@RAUSCHSTURM.com | Jan 21 2026 20:27:00 | Rausch Sturm LLP, Attorneys at Law, 15660 N. Dallas Pkwy, Ste. 350, Dallas, TX 75248 |
| 13141474 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 21 2026 20:29:00 | SALLIE MAE BANK INC, PO BOX 3229, WILMINGTON, DE 19804-0229 |
| 13141477 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 20:38:18 | SYNCB/CAR CARE ONE, PO BOX 71757, PHILADELPHIA, PA 191761757 |
| 13141478 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 20:37:04 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 13141479 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 20:38:18 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 191761757 |
| 13141480 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 20:38:18 | SYNCB/GUITAR CENTER, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 13141481 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 20:38:18 | SYNCB/WALMART, PO BOX 71746, PHILADELPHIA, PA 191761746 |
| 13141482 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 20:38:18 | SYNCB/WALMART DC, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 13141475 | + | Email/Text: courts@scott-pc.com | Jan 21 2026 20:29:00 | Scott & Associates, PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 13141483 | ^ | MEBN | Jan 21 2026 20:27:49 | Synergy Radiology Associates, a division of Singleton Associates, PA, PO Box 208108, Dallas, TX 75320-8108 |
| 13141484 | + | Email/Text: amccoy@synerpriseconsulting.com | Jan 21 2026 20:29:00 | Synerprise Consulting Service, Inc., PO Box 957, Misson, KS 66201-0957 |
| 13141485 | + | Email/Text: bncmail@w-legal.com | Jan 21 2026 20:28:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 13141486 | | Email/Text: epr@telecheck.com | Jan 21 2026 20:29:00 | TeleCheck Services, Inc., Attn: Bankruptcy Department, PO Box 6806, Hagerstown, MD 21741-6806 |
| 13141488 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 21 2026 20:29:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 13141489 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 21 2026 20:37:31 | WELLS FARGO CARD SER, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |
| 13141490 | + | Email/Text: bkfilings@zwickerpc.com | Jan 21 2026 20:29:00 | Zwicker & Associates, P.C., Attorneys at Law, 14090 SW Freeway Ste. 408, Sugar Land, TX 77478-3682 |

| District/off: 0541-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: ch7narpt | Total Noticed: 47 |￼
| TOTAL: 33 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13141469 | ##+ | Phoenix Financial Services, LLC, Attn: Bankruptcy Dept., PO Box 361450, Indianapolis, IN 46236-1450 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Azwar-Radi Rashid | on behalf of Debtor Tiffany Darlene Colvard cmecfrashid@gmail.com RashidLawFirmPC@jubileebk.net;igotnoticesrashid@gmail.com;stephanie@rashidlawfirm.com |
| Janet S Casciato-Northrup | jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com |
| Tara L Grundemeier | on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Harris County ESD #16 houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 6