United States Bankruptcy Court
Southern District of Texas

**Information to identify the case:**

| | | **ENTERED** |
|---|---|---|
| Debtor 1 | Tiffany Darlene Colvard | February 20, 2026 |

Debtor 1

**Tiffany Darlene Colvard**

First Name    Middle Name    Last Name

Social Security number or ITIN   xxx–xx–3871
EIN   _ _ – _ _ _ _ _ _ _

**ENTERED**
February 20, 2026

Nathan Ochsner, Clerk

Debtor 2
(Spouse, if filing)

First Name    Middle Name    Last Name

Social Security number or ITIN   _ _ _ _
EIN   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court   Southern District of Texas

Case number:   25–37358

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tiffany Darlene Colvard
aka Tiffany D. Colvard, aka Tiffany Colvard

2/20/26

**By the court:**   Eduardo V Rodriguez
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for most taxes;

- ◆ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ◆ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ◆ some debts which the debtors did not properly list;

- ◆ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ◆ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                                    Case No. 25-37358-evr
Tiffany Darlene Colvard                                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                              User: ADIuser                                          Page 1 of 4
Date Rcvd: Feb 20, 2026                           Form ID: 318                                     Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Tiffany Darlene Colvard, 16822 Goodfield Ct, Spring, TX 77379-9421 |
| 13141447 | + | CHI St. Joseph Health, PO Box 202536, Dallas, TX 75320-2536 |
| 13141448 | + | Colorado Mountain Medical, A partner of Vail Health, 50 Buck Creek Road Suite 200, Avon, CO 81620-5428 |
| 13141452 | + | Digestive & Liver Disease Consultants, PO Box 301522, Dallas, TX 75303-1522 |
| 13141458 | + | Juan Carlos Goenaga, Attorney, PO Box 460568, Houston, TX 77056-8568 |
| 13141461 | + | MEMORIAL HERMANN EMERGENCY PHYS, PO BOX 735208, DALLAS, TX 75373-5208 |
| 13141462 | + | Memorial Hermann Health System, Dept. #43701, PO Box 4370, Houston, TX 77210-4370 |
| 13141463 | + | Memorial Hermann The Woodlands Medical Center, 9250 Pinecroft Dr, Spring, TX 77380-3225 |
| 13141464 | + | Memorial Hermann Woodlands Med Center, 9250 Pinecroft Dr, Spring, TX 77380-3218 |
| 13141465 | + | Memorial Pathology Consultants, PO Box 421049, Houston, TX 77242-1049 |
| 13141466 | + | Memorial Pathology Consultants, PO Box 671130, Dallas, TX 75267-1130 |
| 13141472 | + | Radiology Partners Houston, a division of Singleton Associates, PO Box 208108, Dallas, TX 75320-8108 |
| 13141476 | + | St. Joseph Regional Health Care, PO Box 202536, Dallas, TX 75320-2536 |
| 13141487 | + | Thomas FP, PLLC, 9525 Katy Fwy Ste 102, Houston, TX 77024-1426 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: FJSNORTHRUP.COM | Feb 21 2026 01:04:00 | Janet S Casciato-Northrup, Janet S. Casciato-Northrup, Trustee, 1201 Louisiana, Ste. 2800, Houston, TX 77002-5607 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Feb 20 2026 20:21:00 | Harris County ESD #11, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Feb 20 2026 20:21:00 | Harris County ESD #16, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Feb 20 2026 20:21:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| 13141444 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 20 2026 20:26:18 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 13141445 | + | EDI: CAPITALONE.COM | Feb 21 2026 01:04:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 13141449 | + | EDI: WFNNB.COM | Feb 21 2026 01:04:00 | COMENITY BANK/PIER 1, PO BOX 182789, COLUMBUS, OH 43218-2789 |

| | | | |
|---|---|---|---|
| 13141450 | + | EDI: WFNNB.COM | |
| | | Feb 21 2026 01:04:00 | COMENITYCAPITAL/OVER, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 13141446 | + | Email/Text: bankruptcy.notifications@fisglobal.com | |
| | | Feb 20 2026 20:21:00 | Chex Systems, Inc., Attn: Consumer Relations, 7805 Hudson Rd Suite 100, Woodbury, MN 55125-1595 |
| 13141451 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
| | | Feb 20 2026 20:21:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 13141453 | + | EDI: DISCOVER | |
| | | Feb 21 2026 01:04:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 13141454 | + | EDI: DISCOVERPL | |
| | | Feb 21 2026 01:04:00 | DISCOVER PERSONAL LO, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 13141455 | + | EDI: JEFFERSONCAP.COM | |
| | | Feb 21 2026 01:04:00 | JEFFCAPSYS, 200 14TH AVENUE EAST, SARTELL, MN 56377-4500 |
| 13141456 | + | EDI: JEFFERSONCAP.COM | |
| | | Feb 21 2026 01:04:00 | JEFFERSON CAPITAL LL, 200 14TH AVENUE EAST, SARTELL, MN 56377-4500 |
| 13141457 | + | EDI: JEFFERSONCAP.COM | |
| | | Feb 21 2026 01:04:00 | JEFFERSON CAPITAL SYST, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 13141459 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 20 2026 20:26:10 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 13141467 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Feb 20 2026 20:21:00 | MIDLAND CREDIT MANAGEM, 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 13141468 | + | Email/Text: compliance@onemnethealth.com | |
| | | Feb 20 2026 20:20:00 | MNET Financial, 95 Argonaut Suite 200, Aliso Viejo, CA 92656-4147 |
| 13141460 | ^ | MEBN | |
| | | Feb 20 2026 20:15:18 | Memorial Hermann, 909 Frostwood Dr Ste 3:100, Houston, TX 77024-2307 |
| 13141470 | + | EDI: PRA.COM | |
| | | Feb 21 2026 01:04:00 | PORTFOLIO RECOV ASSOC, 120 CORPORATE DRIVE, NORFOLK, VA 23502-4952 |
| 13141471 | | Email/Text: ProsperBK@prosper.com | |
| | | Feb 20 2026 20:20:00 | PROSPER MARKETPLACE IN, 221 MAIN ST STE 300, SAN FRANCISCO, CA 94105 |
| 13141473 | | Email/Text: lawfirmTX@RAUSCHSTURM.com | |
| | | Feb 20 2026 20:20:00 | Rausch Sturm LLP, Attorneys at Law, 15660 N. Dallas Pkwy, Ste. 350, Dallas, TX 75248 |
| 13141474 | + | EDI: SALLIEMAEBANK.COM | |
| | | Feb 21 2026 01:04:00 | SALLIE MAE BANK INC, PO BOX 3229, WILMINGTON, DE 19804-0229 |
| 13141477 | | EDI: SYNC | |
| | | Feb 21 2026 01:04:00 | SYNCB/CAR CARE ONE, PO BOX 71757, PHILADELPHIA, PA 191761757 |
| 13141478 | + | EDI: SYNC | |
| | | Feb 21 2026 01:04:00 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 13141479 | | EDI: SYNC | |
| | | Feb 21 2026 01:04:00 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 191761757 |
| 13141480 | + | EDI: SYNC | |
| | | Feb 21 2026 01:04:00 | SYNCB/GUITAR CENTER, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 13141481 | | EDI: SYNC | |
| | | Feb 21 2026 01:04:00 | SYNCB/WALMART, PO BOX 71746, PHILADELPHIA, PA 191761746 |
| 13141482 | + | EDI: SYNC | |
| | | Feb 21 2026 01:04:00 | SYNCB/WALMART DC, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 13141475 | + | Email/Text: courts@scott-pc.com | |
| | | Feb 20 2026 20:21:00 | Scott & Associates, PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 13141483 | ^ | MEBN | |
| | | Feb 20 2026 20:15:36 | Synergy Radiology Associates, a division of Singleton Associates, PA, PO Box 208108, Dallas, TX 75320-8108 |

| 13141484 | + Email/Text: amccoy@synerpriseconsulting.com | | |
| | | Feb 20 2026 20:21:00 | Synerprise Consulting Service, Inc., PO Box 957, Misson, KS 66201-0957 |
| 13141485 | + EDI: WTRRNBANK.COM | | |
| | | Feb 21 2026 01:04:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 13141486 | Email/Text: epr@telecheck.com | | |
| | | Feb 20 2026 20:22:00 | TeleCheck Services, Inc., Attn: Bankruptcy Department, PO Box 6806, Hagerstown, MD 21741-6806 |
| 13141488 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Feb 20 2026 20:21:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 13141489 | + EDI: WFFC2 | | |
| | | Feb 21 2026 01:04:00 | WELLS FARGO CARD SER, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |
| 13141490 | + Email/Text: bkfilings@zwickerpc.com | | |
| | | Feb 20 2026 20:21:00 | Zwicker & Associates, P.C., Attorneys at Law, 14090 SW Freeway Ste. 408, Sugar Land, TX 77478-3682 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13141469 | ##+ | Phoenix Financial Services, LLC, Attn: Bankruptcy Dept., PO Box 361450, Indianapolis, IN 46236-1450 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Azwar-Radi Rashid | |
| | on behalf of Debtor Tiffany Darlene Colvard cmecfrashid@gmail.com RashidLawFirmPC@jubileebk.net;igotnoticesrashid@gmail.com;stephanie@rashidlawfirm.com |
| Janet S Casciato-Northrup | |
| | jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com |
| Tara L Grundemeier | |
| | on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | |
| | on behalf of Creditor Harris County ESD #16 houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | |
| | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| US Trustee | |

District/off: 0541-4                    User: ADIuser                    Page 4 of 4
Date Rcvd: Feb 20, 2026                 Form ID: 318                     Total Noticed: 51

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 6