**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 24, 2026

Nathan Ochsner, Clerk

In Re:   Tiffany Darlene Colvard

**Debtor(s)**

Case No.: 25–37358

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Janet S Casciato–Northrup is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 2/24/26

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge