UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

In Re: Tiffany Darlene Colvard

**Debtor(s)**

Case No.: 25−37358
Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Janet S Casciato−Northrup is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 2/24/26

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

In re:                                                                                                                           Case No. 25-37358-evr

Tiffany Darlene Colvard                                                                                         Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                        User: admin                      Page 1 of 2

Date Rcvd: Feb 24, 2026               Form ID: fnldtxs                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

**Recip ID**             **Recipient Name and Address**
db                     +  Tiffany Darlene Colvard, 16822 Goodfield Ct, Spring, TX 77379-9421

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                                Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Azwar-Radi Rashid | on behalf of Debtor Tiffany Darlene Colvard cmecfrashid@gmail.com RashidLawFirmPC@jubileebk.net;igotnoticesrashid@gmail.com;stephanie@rashidlawfirm.com |
| Janet S Casciato-Northrup | jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com |
| Tara L Grundemeier | on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Harris County ESD #16 houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| US Trustee | |

District/off: 0541-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 24, 2026 | Form ID: fnldtxs | Total Noticed: 1

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 6